# MINUTES

CASE NUMBER:        CIVIL NO. 13-00639LEK-KSC

CASE NAME:        Kenneth Waikiki vs. Jonathan Vincent Doyle
        (an individual), et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:

DATE:    03/27/2014        TIME:

---

COURT ACTION:  EO: COURT ORDER REGARDING DEFENDANTS' MOTION TO DISMISS

On February 18, 2014, Defendants USPlabs, LLC, Jonathan Vincent Doyle, Jacob Geissler, USPlabs OxyElite, LLC, USP OxyElite PN, LLC, USPlabs Holding, LLC, and GNC Corporation (collectively "Defendants") filed their Motion to Dismiss.  [Dkt. no. 14.]  The Motion to Dismiss is currently set for hearing on April 14, 2014 at 9:45 a.m.

On February 3, 2014, Defendants (except for GNC Corporation) filed a Motion to Stay All Proceedings Pending Ruling by Judicial Panel on Multidistrict Litigation ("Motion to Stay").  [Dkt. no. 9.]  On March 25, 2014, the magistrate judge orally granted the Motion to Stay.  [Dkt. no. 30 (Minutes).]

In light of the stay, this Court VACATES the hearing on the Motion to Dismiss and DEEMS the Motion to Dismiss WITHDRAWN WITHOUT PREJUDICE.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager